Case 06-71648   Doc 40   Filed 02/04/08   Entered 02/04/08 08:22:49   Desc Main
              Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SUSAN C. RING  
      2407 BITTERSWEET       SSN-xxx-xx-1806  
      MCHENRY, IL  60050

Case Number: 06-71648

Case filed on: 9/7/2006  
Plan Confirmed on: 12/15/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,694.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 2,774.00 | 2,774.00 | 774.00 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 774.00 | 0.00 |
| 999 | SUSAN C. RING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | OPTION ONE MORTGAGE CORPORATION | 15,210.33 | 1,737.53 | 1,737.53 | 0.00 |
|  | Total Secured | 15,210.33 | 1,737.53 | 1,737.53 | 0.00 |
| 002 | ALLIED INTERSTATE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AT&T LONG DISTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PREMIER BANKCARD/CHARTER | 468.37 | 468.37 | 0.00 | 6.47 |
| 005 | KAREN H. MENSCHLING | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | B-LINE LLC | 730.58 | 730.58 | 0.00 | 10.08 |
| 008 | RECHEL SEPTIC SYSTEMS INC | 495.00 | 495.00 | 0.00 | 6.83 |
|  | Total Unsecured | 1,693.95 | 1,693.95 | 0.00 | 23.38 |
|  | Grand Total: | 19,678.28 | 6,205.48 | 2,511.53 | 23.38 |

Total Paid Claimant:     $2,534.91  
Trustee Allowance:     $159.09  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer  
                                            Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008         By  /s/Heather M. Fagan